Marilyn Raia, SBN 072320
C. Todd Norris, SBN 181337
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-mail: marilyn.raia@bullivant.com
E-Mail: todd.norris@bullivant.com

Attorneys for WESTERN/ SCOTT FETZER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN/ SCOTT FETZER COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRADEN PARTNERS, L.P. a limited partnership; BRADEN MANAGEMENT CORPORATION, a corporation,<br><br>Defendants. | Case No.: C-03-4114 VRW<br><br>**STIPULATION RE DISMISSAL AND (PROPOSED) ORDER** |

This matter having been settled, the parties stipulate as follows and request that the Court so order:

1. The Counterclaim of Braden Partners LP against Western/Scott Fetzer Company shall be dismissed with prejudice, each side to bear its own costs and attorneys fees.

2. The Cross Complaint of Braden Partners LP against Aluminum Precision Products, Inc. dba Catalina Cylinders and Young Do Industrial Co. Ltd. shall be dismissed with prejudice, each side to bear its own costs and attorneys fees.

3. The Cross Complaint of Western/Scott Fetzer Company against Aluminum Precision Products, Inc. dba Catalina Cylinders shall be dismissed with prejudice, each side to bear its own costs and attorneys fees.

6076449.1

– 1 –

STIPULATION RE DISMISSAL AND (PROPOSED) ORDER

1    4.   The Cross Complaint of Western/Scott Fetzer Company against Young Do
2         Industrial Co. Ltd. shall be dismissed without prejudice, each side to bear its
3         own costs and attorneys fees.
4    5.   The Cross Complaint of Aluminum Precision Products Inc. dba Catalina
5         Cylinders against Young Do Industrial Co. Ltd. shall be dismissed without
6         prejudice, each side to bear it own costs and attorneys fees.

DATED: ~~February~~ April 5, 2007        BULLIVANT HOUSER BAILEY PC

By _____
Marilyn Raia
Attorneys for Western/ Scott Fetzer Company

DATED: February 23, 2007        FOREMAN & BRASSO

By _____
Ronald Foreman
Attorneys for Braden Partners LP

DATED: ~~February~~ March 18, 2007        SNELL & WILMER LLP

By _____
Erin Giglia
Attorneys for Aluminum Precision Products, Inc.
dba Catalina Cylinders

DATED: February 27, 2007        HARMON & DAVIES, P.C.

By: _____
Steven Shinn
Attorneys for Young Do Industrial Co. Ltd

SO ORDERED:

DATED: April 13, 2007

_____
United States Judge Vaughn R Walker

IT IS SO ORDERED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6076449.1                – 2 –
STIPULATION RE DISMISSAL AND (PROPOSED) ORDER